UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/18/2020

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

                Petitioners,

                v.

VLAD TSIRKIN & CO., LLC,

                Respondent.

No. 20-mc-204 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On May 5, 2020, Petitioners filed a motion with this Court, seeking an order (1) compelling compliance with a subpoena *duces tecum* issued to Respondent Vlad Tsirkin & Co., LLC in *Allstate Ins. Co. v. Khotenok*, No. 18-cv-5650 (E.D.N.Y), the underlying action currently pending in the Eastern District of New York (the "Action"), or (2) transferring this motion to the Eastern District for disposition in connection with the pending Action. According to the Certificate of Service filed on the docket, as of May 12, 2020, Petitioners' motion and supporting papers were served on Respondent by first class mail.

Respondent shall respond to Petitioners' motion no later than May 26, 2020. If Respondent consents to transferring this motion to the Eastern District of New York, it need only file a letter to that effect no later than May 26, 2020. Petitioners' reply, if any, may be filed no later than June 2, 2020.

Petitioners shall serve a copy of this Order on Respondent and file proof of service on the docket.

SO ORDERED.

Dated:   May 18, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge