```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-5-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,

        Petitioners,

        v.

VLAD TSIRKIN & CO., LLC,

        Respondent.

No. 20-mc-204 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On May 5, 2020, Petitioners filed a motion with this Court, seeking an order (1) compelling compliance with a subpoena *duces tecum* issued to Respondent Vlad Tsirkin & Co., LLC in *Allstate Ins. Co. v. Khotenok*, No. 18-cv-5650 (E.D.N.Y), the underlying action currently pending in the Eastern District of New York (the "Action"), or (2) transferring this motion to the Eastern District for disposition in connection with the pending Action. To date, the parties have requested and received several extensions of time by which Respondent must respond to the motion. Most recently, the Court granted Respondent another two-week extension of time to respond to the motion on July 16, 2020. *See* Dkt. 19. Respondent, however, has still not filed a response to Petitioners' motion. Accordingly, no later than August 10, 2020, the parties shall file a joint letter, updating the Court as to the status of this case, including whether Respondent intends to oppose the motion and if so, when it will file a response.

SO ORDERED.

Dated:    August 5, 2020
           New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge