# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

| | |
|---|---|
| MASSACHUSETTS<br>BOSTON<br>FALL RIVER<br>SPRINGFIELD<br>WORCESTER | NEW HAMPSHIRE<br>MANCHESTER<br><br>NEW JERSEY<br>PARSIPPANY |
| CONNECTICUT<br>BRIDGEPORT<br>HARTFORD | NEW YORK<br>NEW YORK<br><br>RHODE ISLAND<br>PROVIDENCE |
| ENGLAND<br>LONDON | |

Lee Pinzow
Phone: 646-870-1745
Fax:     646-779-6889
lpinzow@morrisonmahoney.com

August 25, 2020

Via ECF

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   ***Allstate Ins. Co. et al. v. Vlad Tsirkin & Co., LLC*, 20-MC-204(RA)**

Dear Judge Abrams:

We represent Petitioners in the above referenced matter and, jointly, with counsel for Respondent, write, pursuant to the Court's August 11, 2020 Order (ECF No. 22), to respectfully advise the Court that the parties have successfully resolved the issues addressed in Petitioners' Motion to Compel (ECF No. 1-4). Accordingly, Petitioners withdraw their motion.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

Morrison Mahoney, LLP

 /s/ Lee Pinzow
Lee Pinzow

CC: All Counsel (Via ECF)

As the parties have resolved all issues and Petitioners have withdrawn their motion to compel, Petitioners' motion is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 1 and close this case.

SO ORDERED.

_____
Hon. Ronnie Abrams
8/26/2020